# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 4, 2006

130169

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PATRICK ANTOS,
      Plaintiff-Appellant,

v

DIOCESE OF LANSING, BISHOP CARL F.
MENGELING, BISHOP JAMES MURRAY,
ARCHDIOCESE OF SANTA FE, ARCHBISHOP
MICHAEL JAROBE SHEEHAN, ROBERT F.
SANCHEZ, f/k/a ARCHBISHOP ROBERT F.
SANCHEZ, THE SERVANTS OF THE
PARACLETE, ARCHBISHOP OF DETROIT,
CARDINAL ADAM JOSEPH MAIDA, and
BISHOP THOMAS GUMBLETON,
      Defendants-Appellees,
and

JASON B. SIGLER, f/k/a FATHER JASON B.
SIGLER,
      Defendant.

SC: 130169
COA: 262137
Wayne CC: 04-413121-NZ

_____/

    On order of the Court, the application for leave to appeal the November 15, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

    CAVANAGH, WEAVER, and KELLY, JJ., would grant leave to appeal.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 4, 2006

t0427

Clerk